ACCEPTED
12-15-00208-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/11/2015 11:13:12 AM
Pam Estes
CLERK

## CN: 12-15-00208-CR

| | | | |
|---|---|---|---|
| BRIAN ELRAY GARRETT | § | COURT OF APPEALS | |
| | § | | FILED IN<br>12th COURT OF APPEALS<br>TYLER, TEXAS |
| V. | § | TWELFTH APPELLATE DISTRICT | 12/11/2015 11:13:12 AM<br>PAM ESTES<br>Clerk |
| | § | | |
| STATE OF TEXAS | § | STATE OF TEXAS | |

## APPELLANT'S THIRD MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF THE APPELLANT

TO THE HONORABLE COURT OF APPEALS:

Comes now BRIAN GARRETT, Appellant herein, by and through the undersigned counsel of record, and files this Appellant's Third Motion for Extension of Time to File Brief for the Appellant, and would respectfully show unto the Court as follows:

### I.

### Certificate of Conference

The undersigned counsel certifies that he conferred with Art. Bauereiss, District Attorney of Angelina County, Texas, opposing counsel in this matter, regarding the current motion for extension and Mr. Bauereiss does not oppose this third request for extension of time to file Appellant's Brief.

1

## II.

Appellant was convicted by a jury in the District Court for Angelina County, Texas of the felony offense of Continuous Sexual Assault of a Child and the jury assessed punishment of Fifty-Five (55) years confinement in the Texas Department of Criminal Justice, Institutional Division. Timely notice of appeal was thereafter given and the record was filed with this Court on September 22, 2015. Appellant's Brief was originally due to be filed on October 21, 2015 but this date by was extended to November 20, 2015. Appellant's second request for an extension of time extended the due date until December 11, 2015. Appellant now respectfully requests an additional week or until December 18, 2015 to file Appellant's Brief.

## III.

During the time period for completion of the Brief, November 30 through December 1, 2015 the undersigned counsel was involved in handling and preparing for felony cases set for jury selection the week of December 7, 2015 in the 217th District Court of Angelina County, Texas including State v. Robert Carver CN 2014-0312, State v. Cecil Shivers, CN 2015-0534 and 2015-0538 and State v. Akio Woods, CN 2015-0138. These cases did not go to trial (the case with Mr. Woods was dismissed) but conferences with clients prosecutors and the court

2

consumed time. Counsel was also involved in preparation for and the conduct of a motion to suppress in State v. Wesley, CN 2015-0793, held and concluded December 9, 2015, in the 159th District Court of Angelina County, Texas. Due to the time devoted to these and other and case matters and the holiday week, the undersigned counsel needs and additional week to prepare and file the Brief of the Appellant. Appellant respectfully requests an additional seven days (one week} or until December 18, 2015 to complete and file Brief of the Appellant.

IV.

This is Appellant's third request for an extension of time. The request is not made for purposes of delay but to see that justice is done.

WHEREFORE, premises considered. Appellant respectfully prays that the motion be granted and that the time to file Appellant's Brief be extended for an additional 7 days or until December 18, 2015.

Respectfully Submitted,

John W. Tunnell
Attorney at Law
Attorney for Appellant
TX State Bar # 20292100
315 E. Frank Ave.
Lufkin, Texas   75902-0414
Telephone: 936-699-3131
Facsimile: 936-699-2901

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served by facsimile #936-637-2818, on the attorney of record or party in accordance with the Texas Rules of Civil Procedure on this the 20th day of November, 2015.

John W. Tunnell

Art Bauereiss
Angelina County District Attorney
P. O. Box 908
Lufkin, Texas 75902-0908

Brian Garrett, Appellant # 02028761
Byrd Unit
21 FM 247
Huntsville, Texas 77320

## CERTIFICATE OF COMPLIANCE

I certify that this document contains 452 words, counting all parts of the document except those excluded by Tex.R.App.P.9.4(i)(3). The text is in 14 point font.

_____

John W. Tunnell